**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jamaar Williams, | Case No.: 2:20-CV-01367-PHX-SMB (MHB) |
| Plaintiff, | |
| vs. | **ORDER** |
| City of Phoenix, a municipal corporation, | |
| Jeri Williams, Chief of Police of the Phoenix Police Department, in her individual capacity, | |
| Joseph Gage, a City of Phoenix Police Officer, in his individual capacity, | |
| Darrell Magee, a City of Phoenix Police Officer, in his individual capacity, and | |
| Francisco Barrios, a City of Phoenix Police Officer, in his individual capacity, | |
| Defendants. | |

Upon stipulation of the parties, and good cause appearing;

IT IS HEREBY ORDERED granting the parties stipulation and extending the deadline for Defendants to file a Reply in support of their Motion for Judgment on the Pleadings (Dkt. No. 32) for one week, to **July 9, 2021.**

///

///

1   Dated this 29th day of June, 2021.

2

3

4

Honorable Michelle H. Burns
United States Magistrate Judge