# EXHIBIT 1

| | |
|---|---|
| **From:** | Steve Benedetto |
| **To:** | Lori Berke; Anelisa Benavides |
| **Cc:** | Laine Roberts; The-PLF Admin Account; Jesse Santana Wulsin; Chris Madeksho; Mart Harris |
| **Subject:** | Williams v. City of Phoenix, et al., Trial Subpoenas |
| **Date:** | Monday, March 30, 2026 12:02:47 PM |
| **Attachments:** | A Lopez Trial Subpoena.pdf |
| | Anthony Robles Trial Subpoena.pdf |
| | Barrios Trial Subpoena.pdf |
| | Fortune Trial Subpoena.pdf |
| | Gage Trial Subpoena.pdf |
| | Hamel Trial Subpoena.pdf |
| | Henager Trial Subpoena.pdf |
| | Hester Trial Subpoena.pdf |
| | Jeremy Miller Trial Subpoena.pdf |
| | Larrios Trial Subpoena.pdf |
| | Louisoder Trial Subpoena.pdf |
| | Magee Trial Subpoena.pdf |
| | Martinez Trial Subpoena.pdf |
| | McBride Trial Subpoena.pdf |
| | Meelhuysen Trial Subpoena.pdf |
| | Moore Trial Subpoena.pdf |
| | Newton Trial Subpoena.pdf |
| | Ovalle Trial Subpoena.pdf |
| | Rachel Robles Trial Subpoena.pdf |
| | Stewart Trial Subpoena.pdf |

Lori and Anelisa,

Please find attached the trial subpoenas we are issuing in this matter.

Additionally, please let us know if you can accept service for the City of Phoenix officers (Barrios, Fortune, Gage, Hester, Louisoder, Magee, McBride, Meelhuysen, Moore, Newton, Ovalle, and Stewart) or if we will need to send out service on them personally.

Thanks,

Steve

**Steve Benedetto**

**THE PEOPLE'S LAW FIRM, PLC**

645 North 4th Avenue, Suite A

Phoenix, AZ  85003

T:  602.456.1901

F:  602.801.2834

www.the-plf.com

This electronic mail transmission and any attachments are confidential and may be privileged.  They should be read only by the intended recipient.  If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.  In addition, in order to comply with Treasury Circular 230, we are required to inform you that unless we have specifically stated to the contrary in writing,

any advice we provide in this email or any attachment concerning federal tax issues or submissions is not intended or written to be used, and cannot be used, to avoid federal tax penalties.

# EXHIBIT 2

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams,<br><br>            Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>            Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |

TO:   **Francisco Barrios, City of Phoenix**

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

     You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

     The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

     CLERK OF COURT

                                    OR

| | |
|---|---|
| _____<br>*Signature of Clerk or Deputy Clerk* | _____<br>*Attorney's Signature* |

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams,<br><br>                    Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>                    Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |

TO:    **Mercedes Fortune, City of Phoenix**

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

        You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

        CLERK OF COURT

                                                    OR

_____              _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's Signature*

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams,<br><br>               Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>               Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |

TO:   **Joseph Gage, City of Phoenix**

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

    You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

        CLERK OF COURT

                                   OR

| | |
|---|---|
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's Signature* |

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| Jamaar Williams,<br><br>                   Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>                   Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |
|---|---|

TO:    **James Hester, City of Phoenix**

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
|---|---|
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

        You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026                    </u>

        CLERK OF COURT

                                                                OR

_____          _____
*Signature of Clerk or Deputy Clerk*              *Attorney's Signature*

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| Jamaar Williams,<br><br>                    Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>                    Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |
|---|---|

TO:     **Sebastian Louisoder, City of Phoenix**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
|---|---|
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

            CLERK OF COURT

                                                          OR

_____                _____
*Signature of Clerk or Deputy Clerk*                 *Attorney's Signature*

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams,<br><br>                              Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>                              Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |

TO:    **Darrell Magee, City of Phoenix**

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
|---|---|
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

      You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

      CLERK OF COURT

                                      OR

| | |
|---|---|
| _____<br>*Signature of Clerk or Deputy Clerk* | _____<br>*Attorney's Signature* |

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams,<br><br>               Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>               Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |

TO:    **Douglas McBride**

       **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

       You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

       The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

      CLERK OF COURT

                               OR

| | |
|---|---|
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's Signature* |

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| Jamaar Williams,<br><br>     Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>     Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |

TO: **James Meelhuysen, City of Phoenix**

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

   CLERK OF COURT

              OR

_____  _____
 *Signature of Clerk or Deputy Clerk*    *Attorney's Signature*

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams,<br><br>                    Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>                    Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |

TO:    **Benjamin Moore, City of Phoenix**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's Signature*

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |

TO:    **Eric Newton, City of Phoenix**

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
|---|---|
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

      You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

      CLERK OF COURT

                                          OR

| | |
|---|---|
| _____<br>*Signature of Clerk or Deputy Clerk* | _____<br>*Attorney's Signature* |

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams,<br><br>      Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>      Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |

TO: **Natalie Ovalle, City of Phoenix**

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

   CLERK OF COURT

              OR

| | |
|---|---|
| _____<br>*Signature of Clerk or Deputy Clerk* | _____<br>*Attorney's Signature* |

1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams,<br><br>                    Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>                    Defendants. | Case No.  CV-20-01367-PHX-SMB<br><br>**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION** |

TO:    **Jon Stewart, City of Phoenix**

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:<br><br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona  85003 | Courtroom No.:   506 |
|---|---|
| | Date and Time:  April 6, 2026 at 8:30 a.m., and continuing day-to-day until completed. |

        You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>March 30, 2026</u>

        CLERK OF COURT

                                                OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's Signature*

1

# EXHIBIT 3

| | |
|---|---|
| **From:** | Lori Berke |
| **To:** | Steve Benedetto; Anelisa Benavides |
| **Cc:** | Laine Roberts; The-PLF Admin Account; Jesse Santana Wulsin; Chris Madeksho; Mart Harris |
| **Subject:** | RE: Williams v. City of Phoenix, et al., Trial Subpoenas |
| **Date:** | Tuesday, March 31, 2026 1:25:28 PM |

Steve, serving trial subpoenas on City of Phoenix police officers at this late juncture creates an undue burden for both the officers and the City of Phoenix Police Department.  We do not have authority to accept service on behalf of any of the police officers.  Please advise whether Plaintiff has had the Subpoenas issued.  If they have been issued, we are going to file a Motion to Quash as to the City of Phoenix employees.

Lori

**From:** Steve Benedetto <benedetto@the-plf.com>
**Sent:** Monday, March 30, 2026 12:01 PM
**To:** Lori Berke <Lori@berkelawfirm.com>; Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Laine Roberts <Laine@berkelawfirm.com>; The-PLF Admin Account <admin@the-plf.com>; Jesse Santana Wulsin <wulsin@the-plf.com>; Chris Madeksho <cmadeksho@madeksholaw.com>; Mart Harris <mh@tlawf.com>
**Subject:** Williams v. City of Phoenix, et al., Trial Subpoenas

Lori and Anelisa,

Please find attached the trial subpoenas we are issuing in this matter.

Additionally, please let us know if you can accept service for the City of Phoenix officers (Barrios, Fortune, Gage, Hester, Louisoder, Magee, McBride, Meelhuysen, Moore, Newton, Ovalle, and Stewart) or if we will need to send out service on them personally.

Thanks,

Steve

**Steve Benedetto**
**THE PEOPLE'S LAW FIRM, PLC**
645 North 4th Avenue, Suite A
Phoenix, AZ  85003
T:  602.456.1901
F:  602.801.2834
www.the-plf.com

This electronic mail transmission and any attachments are confidential and may be privileged.  They should be read only by the intended recipient.  If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.  In addition, in order to comply with Treasury Circular 230, we are required to inform you that unless we have specifically stated to the contrary in writing, any advice we provide in this email or any attachment concerning federal tax issues or submissions is not intended or written to be used, and cannot be used, to avoid federal tax penalties.

# EXHIBIT 4

| **From:** | Lori Berke |
| **To:** | Steve Benedetto; Mart Harris; Anelisa Benavides |
| **Cc:** | Chris Madeksho; Laine Roberts; Heidi Werner |
| **Subject:** | RE: Williams v. COP, et al. - Berke to Harris (First Amendment Retaliatory Prosecution) |
| **Date:** | Thursday, April 2, 2026 10:07:22 PM |

Steve, the problems you are apparently encountering with service of trial subpoenas are due to having waited until the last minute to have witnesses subpoenaed, either through a lack of diligence or pursuant to a strategic tactic to try to force witnesses to testify under oath without having a full and fair opportunity to prepare. You waited until 1 week before trial to have the subpoenas issued and to request that we accept service. We are now one business day away from trial. The witnesses you are seeking to subpoena are entitled to adequate time to prepare for their testimony, which is not possible on such short notice. Tomorrow is a holiday, as is Sunday. People have family plans for Easter. It should be noted that Plaintiff's witness list identifies only Jamaar Williams, Heather Hamel, and Officer Magee as individuals who "shall be called" at trial. Based on that representation to the Court and to us, we did not anticipate that additional officers would be subpoenaed at this late stage. We are fully enmeshed in trial preparation and do not have the time or ability to engage in the time-consuming process of working through calendaring issues that are the result of your decision to wait until the eve of trial to begin this process. As previously stated, we do not have authority to accept service on behalf of the witnesses you are attempting to serve at this late juncture. Finally, I did not make the statements to Sergeant McBride that your process server is claiming.

Lori

---

**From:** Steve Benedetto <benedetto@the-plf.com>
**Sent:** Thursday, April 2, 2026 4:43 PM
**To:** Mart Harris <mh@tlawf.com>; Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Chris Madeksho <cmadeksho@madeksholaw.com>; Lori Berke <Lori@berkelawfirm.com>; Laine Roberts <Laine@berkelawfirm.com>; Heidi Werner <hw@tlawf.com>
**Subject:** Re: Williams v. COP, et al. - Berke to Harris (First Amendment Retaliatory Prosecution)

Additionally, Lori, our process server has been working on serving the officers. All efforts have been unsuccessful.

When our process server attempted to serve Officer Barrios at his precinct, they were advised that Officer Barrios wasn't in and no one knew when he would be in again. And none of the other officers were at their precincts, either.

More concerningly, when our process server was able to reach Doug McBride by phone, he informed them that he is out-of-state, that he was advised by you that he "wouldn't be needed for trial," and that he was also told that trial was cancelled.

I do not want to have to involve the court in determining whether officers are

intentionally avoiding service.   I don't want to have to file complaints with Professional Standards about officers potentially attempting to avoid service of federal court subpoenas (which, in my experience, can resolve these issues very quickly).   And I definitely don't want to have to serve people at their homes (potentially in front of family members), much less on a holiday weekend.   But the City's position has left us with very few other choices.

Please let us know if the City will reconsider accepting service of the subpoenas.   Once accepted, the City is free to raise any objections it believes are appropriate.

# EXHIBIT 5

| | |
|---|---|
| **From:** | Chris Madeksho |
| **To:** | Mart Harris |
| **Cc:** | Lori Berke; Anelisa Benavides; Heidi Werner; Laine Roberts; Steve Benedetto |
| **Subject:** | Re: 48 hour witness list |
| **Date:** | Friday, April 3, 2026 2:00:30 PM |

Dear Defense Counsel:

Given the delays and difficulties with service, out of an abundance of caution we are also giving 48 hr notice of Joe Larios and Anthony Robles should any of the previously disclosed witnesses not be available or it becomes otherwise necessary.

Yours,
Chris
Sent from my iPhone

> On Apr 3, 2026, at 10:37 AM, Chris Madeksho <CMadeksho@madeksholaw.com> wrote:
>
> Dear counsel:
>
> Our list for Monday is:
>
> DCA Miller
> Officer Barrios
> Officer Stewart
> Officer Magee
> Tom Heneger.
>
> The ones we do not finish Monday will go to Tuesday.
>
> Thank you,
> Chris
> Sent from my iPhone
>

# EXHIBIT 6

| | |
|---|---|
| **From:** | Mart Harris |
| **To:** | Lori Berke |
| **Cc:** | Chris Madeksho; Anelisa Benavides; Heidi Werner; Laine Roberts; Steve Benedetto |
| **Subject:** | Re: 48 hour witness list - Tuesday |
| **Date:** | Sunday, April 5, 2026 7:15:48 PM |

Lori,

We are not going to guess a Tuesday time, since we have no idea how long you will cross examine. That said, I doubt you would be able to fit more than 1 witness on Tuesday if we finish before the end of the Tuesday court day.

Thanks,

Marty

> On Apr 5, 2026, at 10:10 PM, Lori Berke <Lori@berkelawfirm.com> wrote:
>
> You've listed 11 witnesses for Monday afternoon and Tuesday. Are you saying that Plaintiff will be resting his case before the end of the day on Tuesday? If so, at what time do you anticipate that happening?
>
> Lori
>
> **From:** Chris Madeksho <CMadeksho@madeksholaw.com>
> **Sent:** Sunday, April 5, 2026 7:00 PM
> **To:** Lori Berke <Lori@berkelawfirm.com>
> **Cc:** Mart Harris <mh@tlawf.com>; Anelisa Benavides <anelisa@berkelawfirm.com>; Heidi Werner <hw@tlawf.com>; Laine Roberts <Laine@berkelawfirm.com>; Steve Benedetto <benedetto@the-plf.com>
> **Subject:** Re: 48 hour witness list - Tuesday
>
> Dear Counsel:
>
> Why are you not giving us your first witnesses and/or telling us which of your clients you are bringing on Monday? You are within 48 hours of Tuesday at this point, and we have not received any witnesses.
>
> Please provide this information.
>
> Chris
> Sent from my iPhone

On Apr 5, 2026, at 5:41 PM, Lori Berke <Lori@berkelawfirm.com> wrote:

Why did you send me an email at 1:34 pm today representing to me that he would be testifying on Monday?

Lori

**From:** Chris Madeksho <CMadeksho@madeksholaw.com>
**Sent:** Sunday, April 5, 2026 5:39 PM
**To:** Lori Berke <Lori@berkelawfirm.com>
**Cc:** Mart Harris <mh@tlawf.com>; Anelisa Benavides <anelisa@berkelawfirm.com>; Heidi Werner <hw@tlawf.com>; Laine Roberts <Laine@berkelawfirm.com>; Steve Benedetto <benedetto@the-plf.com>
**Subject:** Re: 48 hour witness list - Tuesday

Dear Counsel:

We have moved to have Mr. Henager testify via zoom on Tuesday.

Chris
Sent from my iPhone

> On Apr 5, 2026, at 4:47 PM, Lori Berke <Lori@berkelawfirm.com> wrote:
>
> Again, with regard to Mr. Henegar, you represented to both us and the Court in your Rule 43 Motion that he would not be available until Tuesday. Yet, you continue to list him as a Monday witness. Please clarify whether (a) he is available to testify on Monday; and (b) if he has made arrangements to travel to Phoenix to provide his testimony.
>
> **From:** Lori Berke <Lori@berkelawfirm.com>
> **Sent:** Sunday, April 5, 2026 4:46 PM

**To:** Chris Madeksho <CMadeksho@madeksholaw.com>
**Cc:** Mart Harris <mh@tlawf.com>; Anelisa Benavides <anelisa@berkelawfirm.com>; Heidi Werner <hw@tlawf.com>; Laine Roberts <Laine@berkelawfirm.com>; Steve Benedetto <benedetto@the-plf.com>
**Subject:** RE: 48 hour witness list - Tuesday

Again, has Jeremy Miller been served with a trial subpoena?

Lori

---

**From:** Chris Madeksho <CMadeksho@madeksholaw.com>
**Sent:** Sunday, April 5, 2026 4:43 PM
**To:** Lori Berke <Lori@berkelawfirm.com>
**Cc:** Mart Harris <mh@tlawf.com>; Anelisa Benavides <anelisa@berkelawfirm.com>; Heidi Werner <hw@tlawf.com>; Laine Roberts <Laine@berkelawfirm.com>; Steve Benedetto <benedetto@the-plf.com>
**Subject:** Re: 48 hour witness list - Tuesday

Dear Counsel:

We have informed you if our witnesses for Monday and Tuesday. Which ones are available does not depend on us, rather this depends on your decision to comply with the subpoenas we served upon you for your clients.

We do not know the witness order specifically. We plan to have all our witnesses done by Tuesday. The specific order of those witnesses (particularly given your attempt to refuse service for your own clients) is information to which you are not privy as it is our work-product.

Also, I would like to see whatever it is on which you are relying to claim that you do not have authority to accept service. Your 39 year old case law is not even regarding trial subpoenas in an active case, rather it is about service of process in a collateral matter. Pochiro v. Prudential Ins. Co. of America, 827 F.2d 1246 (9th Cir. 1987)("the Pochiros make no claim that the law firm representing Prudential in its state court action was authorized to accept service of process for Prudential in the Pochiro action."). Further, that was an interpretation of state law (since the collateral issue on which the lawyers represented the client at issue was a state court action, not that active federal court case over which the Ninth Circuit was deciding).

Ultimately, given your lack of response to our repeated inquiries concerning your clients/witnesses, I would like to verify that asked your clients if you were authorized to accept service. So for purposes of our motion for sanctions we are also asking the Court to subpoena your communications in which your clients denied you permission to accept service for their appearance. We will also be asking for the Court to inform the jury of their

alleged refusal to allow you to accept service for them.

Finally, we told you our case in chief is expected to finish Tuesday. As such, immediately inform us of your intended Tuesday witnesses. To the extent that any of those witnesses are ones for whom you are not authorized to accept service, our sanctions motion will also be asking for their testimony to be forbidden.

Thank you,
Chris

Sent from my iPhone

> On Apr 5, 2026, at 3:29 PM, Lori Berke <Lori@berkelawfirm.com> wrote:

> Chris, it is not reasonable or in accordance with the Court's order requiring 48 hour notice of trial witnesses for Plaintiff to list seven witnesses for Monday given that the Court will be conducting jury selection, followed by giving of preliminary instructions and opening statements, and at the same time refuse to tell us the order in which Plaintiff is planning to call the witnesses or disclose whether they have personally been served with subpoenas.

> You have not responded to my question whether the witnesses you have provided will be taken in the order in which they are listed below assuming they are present to testify.  Please confirm whether that is the case.  If it is not, please provide the order immediately.  Also, please advise us as to which defendants have been personally served with subpoenas, **including Jeremy Miller, who does not work for the City of Phoenix.**

> The fact that you emailed witness subpoenas to us for witnesses that you intend to call is irrelevant.  That does not constitute proper service of a trial

subpoena. *Pochiro v. Prudential Ins. Co. of Am.,* 827 F.2d 1246, 1248-49 (9th Cir. 1987) (stating that service on attorney is insufficient unless attorney had actual authority from client to accept service on client's behalf).  We have repeatedly advised Plaintiff's counsel since Monday, March 30, 2026 when we were asked by Plaintiff's counsel for the first time to accept service of trial subpoenas issued that day or the following day on behalf of 12 City of Phoenix employees that we do not have authority to accept service on behalf of any of the officers (we have also made it clear that service of a subpoena on Officer Magee is not necessary since he will be at trial).  Despite our repeated reminders of that through multiple emails with Plaintiff's counsel, you are now suggesting that service has been accomplished through emailing the subpoenas to us, which is inaccurate.  If you contend that any officer has been properly served, you need to identify specifically who has been served, when, and by which method.

With regard to Mr. Henegar, you represented to both us and the Court in your Rule 43 Motion that he would not be available until Tuesday.  Yet, you continue to list him as a Monday witness. Please clarify whether (a) he is available to testify on Monday; and (b) if he has made arrangements to travel to Phoenix to provide his testimony.

**PLEASE PROVIDE ALL OF THE INFORMATION WE HAVE REQUESTED IMMEDIATELY IN ACCORDANCE WITH THE COURT'S ORDER.**

Lori

**From:** Chris Madeksho
<CMadeksho@madeksholaw.com>
**Sent:** Sunday, April 5, 2026 1:34 PM
**To:** Lori Berke <Lori@berkelawfirm.com>; Mart
Harris <mh@tlawf.com>
**Cc:** Anelisa Benavides
<anelisa@berkelawfirm.com>; Heidi Werner
<hw@tlawf.com>; Laine Roberts
<Laine@berkelawfirm.com>; Steve Benedetto
<benedetto@the-plf.com>
**Subject:** Re: 48 hour witness list - Tuesday

Lori -

We have previously disclosed the Monday
witnesses.

1. DCA Miller
2. Officer Barrios
3. Officer Stewart
4. Officer Magee
5. Tom Heneger
6. Joe Larios
7. Anthony Robles

If they don't go Monday, they will go
Tuesday. Remaining witnesses are:

8. Rachel Robles,
9. Heather Hamel,
10. Jamaar Williams,
11. Officer Gage.

I included Officer Magee twice because I
confused him with Officer Gage. Thank
you for catching that and clarifying.

As for the order, I am not yet sure in what
order. It will depend on which witnesses
are available and we need to get through
voir dire, openings, and a judge's ruling in

order to determine that.

My understanding is that you have already been served with trial subpoenas for all officers you represent.

My question for your:

Please have your witnesses ready to go Tuesday if we get through our witnesses. Which witnesses will you call?

I hope this helps. I look forward to seeing you on Monday.

Yours,

Chris

---

**From:** Lori Berke <Lori@berkelawfirm.com>
**Date:** Sunday, April 5, 2026 at 1:27 PM
**To:** Chris Madeksho <CMadeksho@madeksholaw.com>, Mart Harris <mh@tlawf.com>
**Cc:** Anelisa Benavides <anelisa@berkelawfirm.com>, Heidi Werner <hw@tlawf.com>, Laine Roberts <Laine@berkelawfirm.com>, Steve Benedetto <benedetto@the-plf.com>
**Subject:** RE: 48 hour witness list - Tuesday

I'm confused by this disclosure. Please clarify who you are calling as witnesses on Monday and in what order. This is who you previously indicated would be on Monday, but you have since filed a document in the Court representing that Mr. Henegar is only available on Tuesday. And now you have

listed Magee for both Monday and Tuesday. Which is it? Also, what is the order for Tuesday's witnesses? What does "Any witnesses previously disclosed but not examined" mean? Finally, please advise which witnesses have been served with trial subpoenas.

1. DCA Miller
2. Officer Barrios
3. Officer Stewart
4. Officer Magee
5. Tom Heneger
6. Joe Larios
7. Anthony Robles

**PLEASE GET BACK TO US RIGHT AWAY ON THIS IN ACCORDANCE WITH THE COURT'S ORDER.**

Thank you.

Lori

---

**From:** Chris Madeksho <CMadeksho@madeksholaw.com>
**Sent:** Sunday, April 5, 2026 1:20 PM
**To:** Mart Harris <mh@tlawf.com>
**Cc:** Lori Berke <Lori@berkelawfirm.com>; Anelisa Benavides <anelisa@berkelawfirm.com>; Heidi Werner <hw@tlawf.com>; Laine Roberts <Laine@berkelawfirm.com>; Steve Benedetto <benedetto@the-plf.com>
**Subject:** Re: 48 hour witness list - Tuesday

Dear Counsel:

The witnesses for Tuesday will be any of the remaining witnesses, including:

1. Rachel Robles,

2. Heather Hamel,
3. Jamaar Williams,
4. Darell Magee, and
5. Any witnesses previously disclosed but not examined.

Thank you,
Chris

———————————————————