# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams, | Case No. 2:20-CV-01367-PHX-SMB-ASB |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court, having considered Defendants City of Phoenix and City of Phoenix police officer Darrell Magee's (collectively "Defendants") Motion for Order Regarding Plaintiff's Witness List and Trial Scheduling (Doc. ___) and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that (1) Plaintiff must present his trial witnesses in the order in which they were listed in the 48-hour notifications provided to Defendants' counsel; (2) any witness who does not appear when it is his or her turn to testify during Plaintiff's case-in-chief as a result of Plaintiff's failure to properly subpoena the witness shall be stricken; and (3) Defendants' case-in-chief shall begin at the start of the day on Wednesday, April 8, 2026.

1