| | |
|---|---|
| **Subject:** | Williams v. City of Phoenix, et al., Trial Subpoenas |
| **Date:** | Monday, March 30, 2026 at 12:01:22 PM Pacific Daylight Time |
| **From:** | Steve Benedetto |
| **To:** | Lori Berke, Anelisa Benavides |
| **CC:** | Laine Roberts, The-PLF Admin Account, Jesse Santana Wulsin, Chris Madeksho, Mart Harris |
| **Attachments:** | A Lopez Trial Subpoena.pdf, Anthony Robles Trial Subpoena.pdf, Barrios Trial Subpoena.pdf, Fortune Trial Subpoena.pdf, Gage Trial Subpoena.pdf, Hamel Trial Subpoena.pdf, Henager Trial Subpoena.pdf, Hester Trial Subpoena.pdf, Jeremy Miller Trial Subpoena.pdf, Larrios Trial Subpoena.pdf, Louisoder Trial Subpoena.pdf, Magee Trial Subpoena.pdf, Martinez Trial Subpoena.pdf, McBride Trial Subpoena.pdf, Meelhuysen Trial Subpoena.pdf, Moore Trial Subpoena.pdf, Newton Trial Subpoena.pdf, Ovalle Trial Subpoena.pdf, Rachel Robles Trial Subpoena.pdf, Stewart Trial Subpoena.pdf |

Lori and Anelisa,

Please find attached the trial subpoenas we are issuing in this matter.

Additionally, please let us know if you can accept service for the City of Phoenix officers (Barrios, Fortune, Gage, Hester, Louisoder, Magee, McBride, Meelhuysen, Moore, Newton, Ovalle, and Stewart) or if we will need to send out service on them personally.

Thanks,

Steve

**Steve Benedetto**
**THE PEOPLE'S LAW FIRM, PLC**
645 North 4th Avenue, Suite A
Phoenix, AZ  85003
T:  602.456.1901
F:  602.801.2834
www.the-plf.com

This electronic mail transmission and any attachments are confidential and may be privileged.  They should be read only by the intended recipient.  If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.  In addition, in order to comply with Treasury Circular 230, we are required to inform you that unless we have specifically stated to the contrary in writing, any advice we provide in this email or any attachment concerning federal tax issues or submissions is not intended or written to be used, and cannot be used, to avoid federal tax penalties.