**Subject:** RE: Williams v. City of Phoenix, et al., Trial Subpoenas
**Date:** Tuesday, March 31, 2026 at 1:25:33 PM Pacific Daylight Time
**From:** Lori Berke
**To:** Steve Benedetto, Anelisa Benavides
**CC:** Laine Roberts, The-PLF Admin Account, Jesse Santana Wulsin, Chris Madeksho, Mart Harris

Steve, serving trial subpoenas on City of Phoenix police officers at this late juncture creates an undue burden for both the officers and the City of Phoenix Police Department. We do not have authority to accept service on behalf of any of the police officers. Please advise whether Plaintiff has had the Subpoenas issued. If they have been issued, we are going to file a Motion to Quash as to the City of Phoenix employees.

Lori

---

**From:** Steve Benedetto <benedetto@the-plf.com>
**Sent:** Monday, March 30, 2026 12:01 PM
**To:** Lori Berke <Lori@berkelawfirm.com>; Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Laine Roberts <Laine@berkelawfirm.com>; The-PLF Admin Account <admin@the-plf.com>; Jesse Santana Wulsin <wulsin@the-plf.com>; Chris Madeksho <cmadeksho@madeksholaw.com>; Mart Harris <mh@tlawf.com>
**Subject:** Williams v. City of Phoenix, et al., Trial Subpoenas

Lori and Anelisa,

Please find attached the trial subpoenas we are issuing in this matter.

Additionally, please let us know if you can accept service for the City of Phoenix officers (Barrios, Fortune, Gage, Hester, Louisoder, Magee, McBride, Meelhuysen, Moore, Newton, Ovalle, and Stewart) or if we will need to send out service on them personally.

Thanks,

Steve

**Steve Benedetto**
**THE PEOPLE'S LAW FIRM, PLC**
645 North 4th Avenue, Suite A
Phoenix, AZ  85003
T:  602.456.1901
F:  602.801.2834
www.the-plf.com

This electronic mail transmission and any attachments are confidential and may be privileged.  They should be read only by the intended recipient.  If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.  In addition, in order to comply with Treasury Circular 230, we are required to inform you that unless we have specifically stated to the contrary in writing, any advice we provide in this email or any attachment concerning federal tax issues or submissions is not intended or written to be used, and cannot be used, to avoid federal tax penalties.