**Subject:** RE: Williams v. City of Phoenix, et al., Trial Subpoenas
**Date:** Wednesday, April 1, 2026 at 9:49:02 AM Pacific Daylight Time
**From:** Lori Berke
**To:** Steve Benedetto, Anelisa Benavides
**CC:** Laine Roberts, The-PLF Admin Account, Jesse Santana Wulsin, Chris Madeksho, Mart Harris

The issue here is the timing of the Subpoenas, which were issued less than one week before trial. At this late juncture, that creates a significant operational burden on the City, particularly given that several of the subpoenaed individuals hold supervisory roles that require advance planning to ensure coverage, which is not feasible with the current timeline. We are actively engaged in trial preparation and do not have the ability at this late date to devote time to assisting you with the logistical burden of scheduling 11 different witnesses (the 12th – Officer Magee – is obviously not an issue), all of whom you represented to the Court and to Defendants "may" or are "unlikely" to testify at trial, especially where doing so could require the City to incur overtime costs and/or disrupt critical operations.

Lori

**From:** Steve Benedetto <benedetto@the-plf.com>
**Sent:** Tuesday, March 31, 2026 3:14 PM
**To:** Lori Berke <Lori@berkelawfirm.com>; Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Laine Roberts <Laine@berkelawfirm.com>; The-PLF Admin Account <admin@the-plf.com>; Jesse Santana Wulsin <wulsin@the-plf.com>; Chris Madeksho <cmadeksho@madeksholaw.com>; Mart Harris <mh@tlawf.com>
**Subject:** Re: Williams v. City of Phoenix, et al., Trial Subpoenas

Hi Lori,

Thank you for responding. To answer your question first, I just signed the subpoenas—they were not issued by the clerk (I'm not sure if that's what you were asking).

Addressing the substance of your email, the City's refusal to accept service comes as something of a surprise, since it took the exact opposite position during the Soria/Martinez last January. I know you weren't counsel, but in that case the City objected to us *serving* the officers with trial subpoenas, and represented to the Court that the City would have accepted service of trial subpoenas for officers if we had asked.

In any event, I assume that this is not a universal claim that every officer we are subpoenaing faces an "undue burden," since such claims must be specific to the witness and articulable in order to be made in good-faith. Please let us know which specific officers claim that they will face an undue burden by appearing at trial so that we can (a) make reasonable attempts to minimize the specific burdens that trial testimony could impose on them, and (b) meet-and-confer about the specifics of their claimed burdens so

we can brief the issue with the court, if necessary.

Thanks,

Steve

---

**From:** Lori Berke <Lori@berkelawfirm.com>
**Date:** Tuesday, March 31, 2026 at 1:25 PM
**To:** Steve Benedetto <benedetto@the-plf.com>, Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Laine Roberts <Laine@berkelawfirm.com>, The-PLF Admin Account <admin@the-plf.com>, Jesse Santana Wulsin <wulsin@the-plf.com>, Chris Madeksho <cmadeksho@madeksholaw.com>, Mart Harris <mh@tlawf.com>
**Subject:** RE: Williams v. City of Phoenix, et al., Trial Subpoenas

Steve, serving trial subpoenas on City of Phoenix police officers at this late juncture creates an undue burden for both the officers and the City of Phoenix Police Department.  We do not have authority to accept service on behalf of any of the police officers.  Please advise whether Plaintiff has had the Subpoenas issued.  If they have been issued, we are going to file a Motion to Quash as to the City of Phoenix employees.

Lori

---

**From:** Steve Benedetto <benedetto@the-plf.com>
**Sent:** Monday, March 30, 2026 12:01 PM
**To:** Lori Berke <Lori@berkelawfirm.com>; Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Laine Roberts <Laine@berkelawfirm.com>; The-PLF Admin Account <admin@the-plf.com>; Jesse Santana Wulsin <wulsin@the-plf.com>; Chris Madeksho <cmadeksho@madeksholaw.com>; Mart Harris <mh@tlawf.com>
**Subject:** Williams v. City of Phoenix, et al., Trial Subpoenas

Lori and Anelisa,

Please find attached the trial subpoenas we are issuing in this matter.

Additionally, please let us know if you can accept service for the City of Phoenix officers (Barrios, Fortune, Gage, Hester, Louisoder, Magee, McBride, Meelhuysen, Moore, Newton, Ovalle, and Stewart) or if we will need to send out service on them personally.

Thanks,

Steve

**Steve Benedetto**
**THE PEOPLE'S LAW FIRM, PLC**
645 North 4th Avenue, Suite A
Phoenix, AZ  85003
T:  602.456.1901
F:  602.801.2834
www.the-plf.com

This electronic mail transmission and any attachments are confidential and may be privileged.  They should be read only by the intended recipient.  If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.  In addition, in order to comply with Treasury Circular 230, we are required to inform you that unless we have specifically stated to the contrary in writing, any advice we provide in this email or any attachment concerning federal tax issues or submissions is not intended or written to be used, and cannot be used, to avoid federal tax penalties.