**Subject:** Re: Williams v. COP, et al. - Berke to Harris (First Amendment Retaliatory Prosecution)
**Date:** Friday, April 3, 2026 at 1:50:20 PM Pacific Daylight Time
**From:** Steve Benedetto
**To:** Lori Berke, Mart Harris, Anelisa Benavides
**CC:** Chris Madeksho, Laine Roberts, Heidi Werner

Lori,

The problems we are encountering with service are that the last time we tried a case the City accepted service of all of its employees subpoenas.  For reasons that are difficult to understand (particularly since, as recently as last Friday, you were requesting only 48-hours notice of who would be testifying), the City is departing from its prior policy and refusing to accept service of subpoenas.

We are now racking up substantial expenses, and time, attempting to identify officer addresses and serve Officers Barrios, Ovalle, Gage, Stewart, and Hester.

Please consider this email a formal request that you confer with the City about its position on continuing to *refuse* to accept service on behalf of these officers.  If this continues, and it appears that these officers are intentionally subverting service I will recommend that my team raise it to Judge Brnovich on Monday.

I hope that is not necessary.  Please let us know if you will accept service of these subpoenas.

Thank you.

Steve

---

**From:** Lori Berke <Lori@berkelawfirm.com>
**Date:** Thursday, April 2, 2026 at 10:07 PM
**To:** Steve Benedetto <benedetto@the-plf.com>, Mart Harris <mh@tlawf.com>, Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Chris Madeksho <CMadeksho@madeksholaw.com>, Laine Roberts <Laine@berkelawfirm.com>, Heidi Werner <hw@tlawf.com>
**Subject:** RE: Williams v. COP, et al. - Berke to Harris (First Amendment Retaliatory Prosecution)

Steve, the problems you are apparently encountering with service of trial subpoenas are due to having waited until the last minute to have witnesses subpoenaed, either through a lack of

diligence or pursuant to a strategic tactic to try to force witnesses to testify under oath without having a full and fair opportunity to prepare.  You waited until 1 week before trial to have the subpoenas issued and to request that we accept service.  We are now one business day away from trial. The witnesses you are seeking to subpoena are entitled to adequate time to prepare for their testimony, which is not possible on such short notice. Tomorrow is a holiday, as is Sunday.  People have family plans for Easter.  It should be noted that Plaintiff's witness list identifies only Jamaar Williams, Heather Hamel, and Officer Magee as individuals who "shall be called" at trial. Based on that representation to the Court and to us, we did not anticipate that additional officers would be subpoenaed at this late stage. We are fully enmeshed in trial preparation and do not have the time or ability to engage in the time-consuming process of working through calendaring issues that are the result of your decision to wait until the eve of trial to begin this process.  As previously stated, we do not have authority to accept service on behalf of the witnesses you are attempting to serve at this late juncture.  Finally, I did not make the statements to Sergeant McBride that your process server is claiming.

Lori

---

**From:** Steve Benedetto <benedetto@the-plf.com>
**Sent:** Thursday, April 2, 2026 4:43 PM
**To:** Mart Harris <mh@tlawf.com>; Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Chris Madeksho <cmadeksho@madeksholaw.com>; Lori Berke <Lori@berkelawfirm.com>; Laine Roberts <Laine@berkelawfirm.com>; Heidi Werner <hw@tlawf.com>
**Subject:** Re: Williams v. COP, et al. - Berke to Harris (First Amendment Retaliatory Prosecution)

Additionally, Lori, our process server has been working on serving the officers.  All efforts have been unsuccessful.

When our process server attempted to serve Officer Barrios at his precinct, they were advised that Officer Barrios wasn't in and no one knew when he would be in again.  And none of the other officers were at their precincts, either.

More concerningly, when our process server was able to reach Doug McBride by phone, he informed them that he is out-of-state, that he was advised by you that he "wouldn't be needed for trial," and that he was also told that trial was cancelled.

I do not want to have to involve the court in determining whether officers are intentionally avoiding service.  I don't want to have to file complaints with Professional Standards about officers potentially attempting to avoid service of federal court subpoenas (which, in my experience, can resolve these issues very quickly).  And I definitely don't want to have to serve people at their homes (potentially in front of family members), much less on a holiday weekend.  But the City's position has left us with very few other choices.

Please let us know if the City will reconsider accepting service of the subpoenas.  Once accepted, the City is free to raise any objections it believes are appropriate.

**From:** Mart Harris <mh@tlawf.com>
**Date:** Thursday, April 2, 2026 at 4:04 PM
**To:** Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Chris Madeksho <cmadeksho@madeksholaw.com>, Steve Benedetto <benedetto@the-plf.com>, Lori Berke <Lori@berkelawfirm.com>, Laine Roberts <Laine@berkelawfirm.com>, Heidi Werner <hw@tlawf.com>
**Subject:** Re: Williams v. COP, et al. - Berke to Harris (First Amendment Retaliatory Prosecution)

Good afternoon,

We need a conference with the Court tomorrow. I will be in Arizona right after 9am. This is a significant logistics issue that apparently needs clarified/resolved by the Court. What time tomorrow can we get on the phone? If we don't have a call by noon your time tomorrow, we will have to do it via filing so that Monday is not bloated with various officers and arguments for potentially no reason.

Thanks,

Marty

> On Apr 2, 2026, at 1:44 PM, Anelisa Benavides <anelisa@berkelawfirm.com> wrote:
>
> Good morning, please see attached correspondence from Lori V. Berke.
>
> Best,
> Anelisa
>
> <image001.jpg>

**From:** Mart Harris <mh@tlawf.com>
**Sent:** Thursday, April 2, 2026 9:20 AM
**To:** Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Chris Madeksho <cmadeksho@madeksholaw.com>; Steve Benedetto <benedetto@the-plf.com>; Lori Berke <Lori@berkelawfirm.com>; Laine Roberts <Laine@berkelawfirm.com>; Heidi Werner <hw@tlawf.com>
**Subject:** Re: Williams v. COP, et al. - Berke to Harris (First Amendment Retaliatory Prosecution)

Good morning,

Please see our letter in response. Assuming we were not accidentally talking past each other, when would you be available before 250pm your time for a quick conference with the Court?

Thanks,

Marty

> On Apr 2, 2026, at 10:10 AM, Anelisa Benavides <anelisa@berkelawfirm.com> wrote:
>
> Good morning, please see attached correspondence from Lori V. Berke.
>
> Best,
>
> Anelisa

<image001.jpg>

<2026.04.02 - Berke to Harris (First Amendment Retaliatory Prosecution).pdf>