# RETURN OF NON-SERVICE
## UNITED STATES DISTRICT COURT
### District of Arizona

Case Number: CV-20-01367-PHX-SMB

Plaintiff: **JAMAAR WILLIAMS,**
vs.
Defendant: **CITY OF PHOENIX, et.al.**

For:
People's Law Firm, PLC
645 N 4th Ave, Suite A
Phoenix, AZ 85003

Received by HOT SHOT LEGAL SERVICES on the 31st day of March, 2026 at 3:09 pm to be served on **Officer Francisco Barrios, Phoenix Police Department, 620 West Washington Street, Phoenix, AZ 85003**.

I, Sean Conley, Badge MC-9145, do hereby affirm that on the **4th day of April, 2026** at **3:38 pm, I:**

**NON-SERVED** the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION; WITNESS/MILEAGE FEES TENDERED $50.00** for the reason that I failed to find **Officer Francisco Barrios** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
4/1/2026  12:00 pm  Process Server Kyle Hillis attempt - I spoke with Officer Ross #8522 at the front desk at Phoenix Police Headquarters at 620 W. Washington in Phoenix. I was advised Officer Barrios works out of the Mountain View Precinct. I was advised to leave my information and someone would call me back. I received a call back from Emily Hovater, an attorney for the Phoenix Police Department. She stated she would contact my office to get information on the documents and which Officers needed to be served.
4/1/2026  1:40 pm  Emily called the Hot Shot office and requested the case number and which Officers needed to be served. She advised someone from Litigation would call back, possibly Jody Corbett, to assist with the next steps for making contact with the Officers. No call was received back from Litigation.
4/2/2026  12:00 pm  Process Server Kyle Hillis attempt -I attempted service at the Mountain View Precinct. I was told Officer Barrios is not on duty and there was no additional information on his schedule. I called Emily back and she advised she will send an email to each of the Officers to contact our office to schedule a time to receive the documents.
4/3/2026  12:38 pm  Process Server Jonathon Fillerup attempt - service was attempted at the residential address of 8818 W. Roma Ave. in Phoenix AZ 85037. A female came out of the home and stated he was not home, he was working. I confirmed he works for the Phoenix Police Department. A Dodge Charger was parked at the home. I left messages for Officer Barrios on both numbers I was provided (623) 680-5064 and (602) 717-2729.
4/3/2026  1:34 pm  Process Server Kyle Hillis attempt - service was attempted at Mountain View Precinct. Officer Barrios is working out of downtown today, I was told many of the Officers are working at the Final Four event in downtown Phoenix.
4/4/2026  9:12 am  Process Server Sean Conley attempt - service was attempted at the residential address of 8818 W. Roma Ave. in Phoenix, AZ 85037. No answer on either door. Dodge Charger (2970FB - AZ plates) in driveway.
4/4/2026  12:00 pm  Process Server Sean Conley attempt - service was attempted at the Mountain View Precinct. I was told Officer Barrios had a shift starting at 12:30pm from this precinct. The precinct is closed. There is no one here. I then went downtown to the main precinct on Washington and was told due to budget cuts, that precinct is closed on the weekends. Officers reporting to that precinct would do so through a back gate which I cannot access for employees only.
4/4/2026  1:02 pm  Process Server Sean Conley attempt - service was attempted at the residential address of 8818 W. Roma Ave. in Phoenix. No answer at either door, Dodge Charger is still present.



## RETURN OF NON-SERVICE For CV-20-01367-PHX-SMB

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

**Sean Conley, Badge MC-9145**
Process Server

**HOT SHOT LEGAL SERVICES**
**1855 East Southern Ave**
**Suite 215**
**Mesa, AZ 85204**
**(602) 257-5507**

Our Job Serial Number: DEK-2026000581
Ref: Jamaar Williams v City of Phoenix