## RETURN OF NON-SERVICE
### UNITED STATES DISTRICT COURT
District of Arizona

Case Number: CV-20-01367-PHX-SMB

Plaintiff: **JAMAAR WILLIAMS,**
vs.
Defendant: **CITY OF PHOENIX, et.al.**

For:
People's Law Firm, PLC
645 N 4th Ave, Suite A
Phoenix, AZ 85003

Received by HOT SHOT LEGAL SERVICES on the 31st day of March, 2026 at 3:09 pm to be served on **Officer Natalie Ovalle, Phoenix Police Department, 620 West Washington Street, Phoenix, AZ 85003**.

I, Sean Conley, Badge MC-9145, do hereby affirm that on the **4th day of April, 2026** at **3:17 pm, I:**

**NON-SERVED** the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION; WITNESS/MILEAGE FEES TENDERED $50.00** for the reason that I failed to find **Officer Natalie Ovalle** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
4/1/2026  12:00 pm  Process Server Kyle Hillis attempt - I spoke with Officer Ross #8522 at the front desk at Phoenix Police Headquarters at 620 W. Washington in Phoenix. I was advised Officer Ovalle works out of the Mountain View Precinct. I was advised to leave my information and someone would call me back.  I received a call back from Emily Hovater, an attorney for the Phoenix Police Department.  She stated she would contact my office to get information on the documents and which Officers needed to be served.
4/1/2026  1:40 pm  Emily called the Hot Shot office and requested the case number and which Officers needed to be served.  She advised someone from Litigation would call back, possibly Jody Corbett, to assist with the next steps for making contact with the Officers. No call was received back from Litigation.
4/2/2026  12:00 pm  Process Server Kyle Hillis attempt - I attempted service at the Mountain View Precinct. I was told Officer Ovalle does not work out of this Precinct, she is out the of Downtown Precinct. I called Emily back and she advised she will send an email to each of the Officers to contact our office to schedule a time to receive the documents.
4/4/2026  9:33 am  Process Server Sean Conley attempt - service was attempted at the residential address for Natalie Ovalle at 2105 North 120th Drive in Avondale, AZ 85392.  No answer, dogs barking.  White Jeep Wagoneer (859ZKT - AZ plates) and gray Chevy Malibu (CWP3420 - AZ plates) in driveway.
4/4/2026  1:19 pm  Process Server Sean Conley attempt - service was attempted at the residential address for Natalie Ovalle at 2105 North 120th Drive in Avondale, AZ 85392.  A Caucasian male with brown hair and beard answered the door and stated she was not home.  Did not know when she would be back and did not provide his name.
4/4/2026  3:13 pm  Hot Shot office left a message for Natalie at (623) 206-3658 that we had legal documents for a trial starting Monday and asked if she could return the call to meet at a convenient location.



## RETURN OF NON-SERVICE For CV-20-01367-PHX-SMB

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

Sean Conley, Badge MC-9145
Process Server

**HOT SHOT LEGAL SERVICES**
**1855 East Southern Ave**
**Suite 215**
**Mesa, AZ 85204**
**(602) 257-5507**

Our Job Serial Number: DEK-2026000584
Ref: Jamaar Williams v City of Phoenix