## RETURN OF NON-SERVICE
### UNITED STATES DISTRICT COURT
#### District of Arizona

Case Number: CV-20-01367-PHX-SMB

Plaintiff: **JAMAAR WILLIAMS,**
vs.
Defendant: **CITY OF PHOENIX, et.al.**

For:
People's Law Firm, PLC
645 N 4th Ave, Suite A
Phoenix, AZ 85003

Received by HOT SHOT LEGAL SERVICES on the 31st day of March, 2026 at 3:09 pm to be served on **Officer Joseph Gage, Phoenix Police Department, 620 West Washington Street, Phoenix, AZ 85003**.

I, Christopher Turnage - Badge MC8160, do hereby affirm that on the **4th day of April, 2026** at **3:44 pm, I:**

**NON-SERVED** the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION; WITNESS/MILEAGE FEES TENDERED $50.00** for the reason that I failed to find **Officer Joseph Gage** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
4/1/2026  12:00 pm  Process Server Kyle Hills attempt - I spoke with Officer Ross #8522 at the front desk at Phoenix Police Headquarters at 620 W. Washington in Phoenix.  I was advised Officer Gage works out of the Mountain View Precinct.  I was advised to leave my information and someone would call me back.  I received a call back from Emily Hovater, an attorney for the Phoenix Police Department.  She stated she would contact my office to get information on the documents and which Officers needed to be served.
4/1/2026  1:40 pm  Emily called the Hot Shot office and requested the case number and which Officers needed to be served.  She advised someone from Litigation would call back, possibly Jody Corbett, to assist with the next steps for making contact with the Officers. No call was received back from Litigation.
4/2/2026  12:00 pm  Process Server Kyle Hillis attempt -I attempted service at the Mountain View Precinct and spoke with Officer Martinez #A3354.  I was told Officer Gage does NOT work from this Precinct, he is out of the Downtown Precinct.  I called Emily back and she advised she will send an email to each of the Officers to contact our office to schedule a time to receive the documents.
4/4/2026  3:05 pm  Process Server Chris Turnage attempt - I arrived at the South Mountain Precinct at 400 W. Southern in Phoenix.  I was told Officer Gage would be starting a shift at 3:30pm.  The precinct is closed.  There is a non-emergency number on the door with the closed sign.  I called and advised I was trying to reach Officer Gage.  I was told he was not on duty but she would take my number and provide it to him.  While I was in the parking lot writing my notes, a uniformed officer came out of the closed precinct.  I explained my purpose and that I was a Process Server. Two other police vehicles arrived with their lights on and blocked the entrances.  They approached me and I explained my purpose.  They took my Process Server license information and advised me this was not the best way to serve an officer.



## RETURN OF NON-SERVICE For CV-20-01367-PHX-SMB

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

**Christopher Turnage - Badge MC8160**
Licensed Process Server

**HOT SHOT LEGAL SERVICES**
**1855 East Southern Ave**
**Suite 215**
**Mesa, AZ 85204**
**(602) 257-5507**

Our Job Serial Number: DEK-2026000582
Ref: Jamaar Williams v City of Phoenix