## **AFFIDAVIT OF NON-SERVICE**
### UNITED STATES DISTRICT COURT
District of Arizona

Case Number: CV-20-01367-PHX-SMB

Plaintiff: **JAMAAR WILLIAMS,**
vs.
Defendant: **CITY OF PHOENIX, et.al.**

For:
People's Law Firm, PLC
645 N 4th Ave, Suite A
Phoenix, AZ 85003

Received by HOT SHOT LEGAL SERVICES on the 31st day of March, 2026 at 3:09 pm to be served on **Douglas McBride, 2753 North 150th Lane, Goodyear, AZ 85395**.

I, Jonathon Fillerup Badge No. MC-5805, being duly sworn, depose and say that on the **2nd day of April, 2026** at **1:00 pm, I:**

**NON-SERVED** the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION; WITNESS/MILEAGE FEES TENDERED $100.00** for the reason that I failed to find **Douglas McBride** or any information to allow further search.  Read the comments below for further details.

### Additional Information pertaining to this Service:
4/2/2026  1:00 pm  Attempted at the address of 2753 N. 150th Lane in Goodyear, Arizona 85395. This address is owned by the Douglas and Ann McBride Trust.  A skip trace also shows this as the current address for Douglas McBride.  A young male, approximately 25, answered the door.  I asked for Douglas and he stated he wasn't here.  I asked when he would be back and he stated he didn't know him.  When I inquired further, he stated he was a renter.  I called the number found for Douglas McBride during the skip trace.  I left a message.  He returned the call and stated (1) He is currently out of state and (2) he was told by attorney Lori Burke that he wasn't needed at trial.  He mentioned the trial was cancelled.

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct"

_____
**Jonathon Fillerup Badge No. MC-5805**
Licensed Process Server

Subscribed and Sworn to before me on the 3 rd
day of _April_ , 2026 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

**HOT SHOT LEGAL SERVICES**
**1855 East Southern Ave**
**Suite 215**
**Mesa, AZ 85204**
**(602) 257-5507**

Our Job Serial Number: DEK-2026000602
Ref: Jamaar Williams v City of Phoenix

PATTI L. OWEN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 676943
Expires October 20, 2028

