## RETURN OF NON-SERVICE
### UNITED STATES DISTRICT COURT
District of Arizona

Case Number: CV-20-01367-PHX-SMB

Plaintiff: **JAMAAR WILLIAMS,**
vs.
Defendant: **CITY OF PHOENIX, et.al.**

For:
People's Law Firm, PLC
645 N 4th Ave, Suite A
Phoenix, AZ 85003

Received by HOT SHOT LEGAL SERVICES on the 31st day of March, 2026 at 3:09 pm to be served on **Officer Jon Stewart, Phoenix Police Department, 620 West Washington Street, Phoenix, AZ 85003**.

I, Kyle Hillis Badge No. MC-9006, do hereby affirm that on the **4th day of April, 2026** at **3:50 pm, I:**

**NON-SERVED** the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING IN A CIVIL ACTION; WITNESS/MILEAGE FEES TENDERED $50.00** for the reason that I failed to find **Officer Jon Stewart** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
4/1/2026  12:00 pm  I spoke with Officer Ross #8522 at the front desk at Phoenix Police Headquarters at 620 W. Washington in Phoenix.  I was advised Officer Stewart works out of the Mountain View Precinct. I was advised to leave my information and someone would call me back.  I received a call back from Emily Hovater, an attorney for the Phoenix Police Department.  She stated she would contact my office to get information on the documents and which Officers needed to be served.
4/1/2026  1:40 pm  Emily called the Hot Shot office and requested the case number and which Officers needed to be served.  She advised someone from Litigation would call back, possibly Jody Corbett, to assist with the next steps for making contact with the Officers. No call was received back from Litigation.
4/2/2026  12:00 pm  I attempted service at the Mountain View Precinct.  I was told Officer Stewart does not work out of this Precinct, he is out the of Downtown Precinct.  I called Emily back and she advised she will send an email to each of the Officers to contact our office to schedule a time to receive the documents.

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

_____
**Kyle Hillis Badge No. MC-9006**
Process Server

**HOT SHOT LEGAL SERVICES**
**1855 East Southern Ave**
**Suite 215**
**Mesa, AZ 85204**
**(602) 257-5507**

Our Job Serial Number: DEK-2026000585
Ref: Jamaar Williams v City of Phoenix

