# EXHIBIT 1

| | |
|---|---|
| **From:** | Steve Benedetto |
| **To:** | Lori Berke; Anelisa Benavides |
| **Cc:** | Laine Roberts; The-PLF Admin Account; Jesse Santana Wulsin; Chris Madeksho; Mart Harris |
| **Subject:** | Williams v. City of Phoenix, et al., Trial Subpoenas |
| **Date:** | Monday, March 30, 2026 12:02:47 PM |
| **Attachments:** | A Lopez Trial Subpoena.pdf |
| | Anthony Robles Trial Subpoena.pdf |
| | Barrios Trial Subpoena.pdf |
| | Fortune Trial Subpoena.pdf |
| | Gage Trial Subpoena.pdf |
| | Hamel Trial Subpoena.pdf |
| | Henager Trial Subpoena.pdf |
| | Hester Trial Subpoena.pdf |
| | Jeremy Miller Trial Subpoena.pdf |
| | Larrios Trial Subpoena.pdf |
| | Louisoder Trial Subpoena.pdf |
| | Magee Trial Subpoena.pdf |
| | Martinez Trial Subpoena.pdf |
| | McBride Trial Subpoena.pdf |
| | Meelhuysen Trial Subpoena.pdf |
| | Moore Trial Subpoena.pdf |
| | Newton Trial Subpoena.pdf |
| | Ovalle Trial Subpoena.pdf |
| | Rachel Robles Trial Subpoena.pdf |
| | Stewart Trial Subpoena.pdf |

Lori and Anelisa,

Please find attached the trial subpoenas we are issuing in this matter.

Additionally, please let us know if you can accept service for the City of Phoenix officers (Barrios, Fortune, Gage, Hester, Louisoder, Magee, McBride, Meelhuysen, Moore, Newton, Ovalle, and Stewart) or if we will need to send out service on them personally.

Thanks,

Steve

**Steve Benedetto**
**THE PEOPLE'S LAW FIRM, PLC**
645 North 4th Avenue, Suite A
Phoenix, AZ  85003
T:  602.456.1901
F:  602.801.2834
www.the-plf.com

This electronic mail transmission and any attachments are confidential and may be privileged.  They should be read only by the intended recipient.  If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.  In addition, in order to comply with Treasury Circular 230, we are required to inform you that unless we have specifically stated to the contrary in writing,

any advice we provide in this email or any attachment concerning federal tax issues or submissions is not intended or written to be used, and cannot be used, to avoid federal tax penalties.

# EXHIBIT 2

| | |
|---|---|
| **From:** | Lori Berke |
| **To:** | Steve Benedetto; Anelisa Benavides |
| **Cc:** | Laine Roberts; The-PLF Admin Account; Jesse Santana Wulsin; Chris Madeksho; Mart Harris |
| **Subject:** | RE: Williams v. City of Phoenix, et al., Trial Subpoenas |
| **Date:** | Tuesday, March 31, 2026 1:25:28 PM |

Steve, serving trial subpoenas on City of Phoenix police officers at this late juncture creates an undue burden for both the officers and the City of Phoenix Police Department.  We do not have authority to accept service on behalf of any of the police officers.  Please advise whether Plaintiff has had the Subpoenas issued.  If they have been issued, we are going to file a Motion to Quash as to the City of Phoenix employees.

Lori

**From:** Steve Benedetto <benedetto@the-plf.com>
**Sent:** Monday, March 30, 2026 12:01 PM
**To:** Lori Berke <Lori@berkelawfirm.com>; Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Laine Roberts <Laine@berkelawfirm.com>; The-PLF Admin Account <admin@the-plf.com>; Jesse Santana Wulsin <wulsin@the-plf.com>; Chris Madeksho <cmadeksho@madeksholaw.com>; Mart Harris <mh@tlawf.com>
**Subject:** Williams v. City of Phoenix, et al., Trial Subpoenas

Lori and Anelisa,

Please find attached the trial subpoenas we are issuing in this matter.

Additionally, please let us know if you can accept service for the City of Phoenix officers (Barrios, Fortune, Gage, Hester, Louisoder, Magee, McBride, Meelhuysen, Moore, Newton, Ovalle, and Stewart) or if we will need to send out service on them personally.

Thanks,

Steve

**Steve Benedetto**
**THE PEOPLE'S LAW FIRM, PLC**
645 North 4th Avenue, Suite A
Phoenix, AZ  85003
T:  602.456.1901
F:  602.801.2834
www.the-plf.com

This electronic mail transmission and any attachments are confidential and may be privileged.  They should be read only by the intended recipient.  If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.  In addition, in order to comply with Treasury Circular 230, we are required to inform you that unless we have specifically stated to the contrary in writing, any advice we provide in this email or any attachment concerning federal tax issues or submissions is not intended or written to be used, and cannot be used, to avoid federal tax penalties.

| | |
|---|---|
| **From:** | Lori Berke |
| **To:** | Steve Benedetto; Mart Harris; Anelisa Benavides |
| **Cc:** | Chris Madeksho; Laine Roberts; Heidi Werner |
| **Subject:** | RE: Williams v. COP, et al. - Berke to Harris (First Amendment Retaliatory Prosecution) |
| **Date:** | Thursday, April 2, 2026 10:07:22 PM |

Steve, the problems you are apparently encountering with service of trial subpoenas are due to having waited until the last minute to have witnesses subpoenaed, either through a lack of diligence or pursuant to a strategic tactic to try to force witnesses to testify under oath without having a full and fair opportunity to prepare. You waited until 1 week before trial to have the subpoenas issued and to request that we accept service. We are now one business day away from trial. The witnesses you are seeking to subpoena are entitled to adequate time to prepare for their testimony, which is not possible on such short notice. Tomorrow is a holiday, as is Sunday. People have family plans for Easter. It should be noted that Plaintiff's witness list identifies only Jamaar Williams, Heather Hamel, and Officer Magee as individuals who "shall be called" at trial. Based on that representation to the Court and to us, we did not anticipate that additional officers would be subpoenaed at this late stage. We are fully enmeshed in trial preparation and do not have the time or ability to engage in the time-consuming process of working through calendaring issues that are the result of your decision to wait until the eve of trial to begin this process. As previously stated, we do not have authority to accept service on behalf of the witnesses you are attempting to serve at this late juncture. Finally, I did not make the statements to Sergeant McBride that your process server is claiming.

Lori

---

**From:** Steve Benedetto <benedetto@the-plf.com>
**Sent:** Thursday, April 2, 2026 4:43 PM
**To:** Mart Harris <mh@tlawf.com>; Anelisa Benavides <anelisa@berkelawfirm.com>
**Cc:** Chris Madeksho <cmadeksho@madeksholaw.com>; Lori Berke <Lori@berkelawfirm.com>; Laine Roberts <Laine@berkelawfirm.com>; Heidi Werner <hw@tlawf.com>
**Subject:** Re: Williams v. COP, et al. - Berke to Harris (First Amendment Retaliatory Prosecution)

Additionally, Lori, our process server has been working on serving the officers. All efforts have been unsuccessful.

When our process server attempted to serve Officer Barrios at his precinct, they were advised that Officer Barrios wasn't in and no one knew when he would be in again. And none of the other officers were at their precincts, either.

More concerningly, when our process server was able to reach Doug McBride by phone, he informed them that he is out-of-state, that he was advised by you that he "wouldn't be needed for trial," and that he was also told that trial was cancelled.

I do not want to have to involve the court in determining whether officers are

intentionally avoiding service.  I don't want to have to file complaints with Professional Standards about officers potentially attempting to avoid service of federal court subpoenas (which, in my experience, can resolve these issues very quickly).  And I definitely don't want to have to serve people at their homes (potentially in front of family members), much less on a holiday weekend.  But the City's position has left us with very few other choices.

Please let us know if the City will reconsider accepting service of the subpoenas.  Once accepted, the City is free to raise any objections it believes are appropriate.

# EXHIBIT 3



# EXHIBIT 4

| | |
|---|---|
| **From:** | Jesse Santana Wulsin |
| **To:** | Lori Berke |
| **Cc:** | Laine Roberts; Anelisa Benavides; Chris Madeksho; Mart Harris; Steve Benedetto |
| **Subject:** | Re: 48 Hour list and Agreement re: Exhibits to be used by Parties in Opening |
| **Date:** | Monday, April 6, 2026 8:00:10 PM |
| **Attachments:** | image001.png |
| | EXHIBIT Barrios Depo Designations.pdf |
| | EXHIBIT Gage Depo Designations.pdf |

Lori,

Attached are the page and line designations Chris mentioned in his email.  Please let me know if you have any issues accessing the documents.

Best,

Jesse

**Jesse Santana Wulsin**
**Attorney**
**THE PEOPLE'S LAW FIRM, PLC**
645 North 4th Avenue, Suite A
Phoenix, AZ 85003
T:  480.867.7360
F:  602.801.2834
www.the-plf.com

*Pronouns: he/him/his (Learn more.)*

This electronic mail transmission and any attachments are confidential and may be privileged.  They should be read only by the intended recipient.  If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system. In addition, in order to comply with Treasury Circular 230, we are required to inform you that unless we have specifically stated to the contrary in writing, any advice we provide in this email or any attachment concerning federal tax issues or submissions is not intended or written to be used, and cannot be used, to avoid federal tax penalties.

**From:** Chris Madeksho <CMadeksho@madeksholaw.com>
**Date:** Monday, April 6, 2026 at 6:26 PM
**To:** Lori Berke <Lori@berkelawfirm.com>, Mart Harris <MH@tlawf.com>, Jesse Santana Wulsin <jesse@the-plf.com>, Steve Benedetto <benedetto@the-plf.com>

**Cc:** Laine Roberts <Laine@berkelawfirm.com>, Anelisa Benavides <anelisa@berkelawfirm.com>

**Subject:** 48 Hour list and Agreement re: Exhibits to be used by Parties in Opening

Dear Counsel:

Per our conversation, it is agreed that the parties may use the following exhibits in opening:

55A (the redacted video 3:44 to 6:10)
127 (stills)

Further, concerning witnesses for tomorrow, it is our intention to fill the day with witnesses we have previously disclosed to you:

Miller, Jeremy
Robles, Rachel
Robles, Anthony
Larios, Joseph
Hamel, Heather
Magee, Darrell
Williams, Jamaar

To the extent the court rules for Barrios and Gage to be there, we will call them once they are present. Otherwise we will call them on Wednesday.

Barring that, we will use page and line designations of Barrios and Gage as filed as exhibits to our motion to compel argued today.

Yours,
Chris