**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge:  Susan M. Brnovich**                    **Date: April 6, 2026**

**Case Number: CV-20-01367-PHX-SMB**

**Williams v. Phoenix, City of et al**

**APPEARANCES:**    Plaintiff(s) Counsel                        Defendant(s) Counsel
**Jesse Santana Wulsin**                **Anelisa Benavides**
**Christopher L. Madeksho**             **Lori V. Berke**
**Mart Harris**

**JURY TRIAL DAY - 1:**

8:57 a.m.  Court is in session.  Counsel and parties are present. The jury panel is not present.  The parties are provided with a draft of the Preliminary Jury Instructions. 9:22 a.m.  The jury panel of 55 are present and sworn.  Voir dire commences. Discussion held at sidebar with Juror No. 54.  Juror No. 54 is excused. 10:20 a.m. The jury panel exits the courtroom. Discussion held regarding strikes for cause.  10:26 a.m. Court is in recess.

10:44 a.m.  Court reconvenes. Counsel and parties are present.  The jury panel is present.  Jurors No. 4, 19, 23, 30, 33, 36, 44 and 50 are stricken for cause/hardship.  Voir Dire resumes. 11:58 a.m. Court is in recess.

1:21 p.m. Court reconvenes.  Counsel and parties are present. The jury panel is present.  Voir dire resumes.  2:30 p.m.  The jury panel exits the courtroom except for Juror No. 24. Discussion held with Juror No. 24 outside the presence of the other jurors.  Juror No. 24 exits the courtroom and Court remains in session.  Challenges for cause are discussed. 2:46 p.m. Court is in recess.

3:17 p.m. Court reconvenes.  Counsel and parties are present. The jury panel is not present.  There are no Batson challenges. 3:18 p.m. The jury panel is present. A jury of seven (7) are seated and administered the oath.  The remaining panel members are excused and released. 3:23 p.m. The jury exits the courtroom and awaits further instructions from the Courtroom Deputy.  Court remains in session.  Preliminary jury instructions are reviewed with the parties.  3:44 p.m. Court is in recess.

4:09 p.m. Court reconvenes.  Counsel and parties are present. The jury is not present. Discussion held regarding the preliminary jury instructions. 4:14 p.m.  Court is in recess.

4:28 p.m. Court reconvenes.  Counsel and parties are present. The jury is present. The preliminary jury instructions are read to the jury. 4:45 p.m. The jury is excused until 10:00 a.m. on April 7, 2026, and court remains in session.  **IT IS ORDERED** that Plaintiff's Rule 43 (A) Motion to Permit Videoconference Testimony of Witness Thomas Henager, (Doc. 266) is **DENIED.**

Argument held regarding Plaintiff's Emergency Motion to Compel and Motion for Sanctions, (Doc. 270) and Defendant's Motion for Order Regarding Plaintiff's Witness List and Trial Scheduling (Doc. 268). The motions are taken under advisement.  Discussion held regarding Plaintiff's Request for Clarification. (Doc. 271).  Plaintiff's Request for Clarification is denied.


5:19 p.m. Court stands at recess until 8:30 a.m. on April 7, 2026.




Deputy Clerk: Elaine Garcia                                                                   **5 hrs 31 mins**
Court Reporter: Christine Coaly (AM)/Kim Portik (PM)                        **Start:  8:57 AM**
                                                                                                                **Stop:   5:19 PM**