THE PEOPLE'S LAW FIRM, PLC
Stephen D. Benedetto (Ariz. Bar No. 022349)
Jesse S. Wulsin (Ariz. Bar. No. 025893)
645 North 4th Avenue, Suite A
Phoenix, Arizona 85003
Telephone: (602) 456-1901
Facsimile: (602) 801-2834
benedetto@the-plf.com
wulsin@the-plf.com

THE TRIAL LAW FIRM, LLC
Mart Harris (Pro Hac Vice)
445 Fort Pitt Boulevard, Suite 220
Pittsburgh Pennsylvania, 15219
Telephone:  (412) 588-0030
Facsimile:  (412) 265-6505
mh@tlawf.com

MADEKSHO LAW FIRM, LP
Christopher L. Madeksho (Pro Hac Vice)
Warner Center Business Park
5950 Canoga Ave.
6th Floor, Suite 600
Woodland Hills, CA 91367
Telephone: (818) 963-8550
Facsimile: (213) 386-1070
cmadeksho@madeksholaw.com

*Attorneys for Plaintiff Jamaar Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jamaar Williams, | Case No. CV-20-1367-PHX-SMB-ASB |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR LIMITING JURY INSTRUCTION** |
| City of Phoenix, et al., | |
| Defendants. | |

The Court's April 7, 2026 ruling regarding the scope of evidence the parties may offer related to "unlawful assembly", Rule 105, Fed. R. Evid., provides that "[i]f the court admits evidence that is admissible against a party or for a purpose – but not against another party or for another purpose – the court, on timely request, must restrict the evidence to its proper scope and instruct the jury accordingly." Given the potential prejudice of the evidence, and the Court's ruling limiting the use of the evidence, Plaintiff requests the Court supplement the current jury instructions with the proposed limiting instruction attached hereto as Exhibit 1.

DATED this 7th day of April, 2026.

THE PEOPLE'S LAW FIRM
645 North 4th Avenue, Suite A
Phoenix, Arizona  85003


By:/s/ Jesse S. Wulsin
Steven D. Benedetto
Jesse S. Wulsin

*Counsel for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2026, I caused the foregoing to be electronically transmitted to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Lori V. Berke, Esq.
Anelisa Benavides, Esq.
BERKE LAW FIRM PLLC
1601 North 7th Street, Suite 360
Phoenix, Arizona  85006
lori@berkelawfirm.com
anelisa@berkelawfirm.com

*Attorneys for Defendants*


/s/ Stephen D. Benedetto
*An employee of The People's Law Firm, PLC*

- 2 -